# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

FID 11856172

RECEIVED
By US Marshals DC District Court at 4:14 pm, Sep 03, 2025

United States of America
v.
KAYLA NOELLE SCOTT

)
) Case: 1:25-mj-00200
) Assigned To : Sharbaugh, Matthew J.
) Assign. Date : 9/3/2025
) Description: COMPLAINT W/ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                       KAYLA NOELLE SCOTT                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers and employees of the United States).

Date: ___09/03/2025___

*Issuing officer's signature*

City and state:     Washington, D.C.          Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/03/2025, and the person was arrested on *(date)* 09/05/2025
at *(city and state)* Washington DC.

Date: 09/05/25

*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*