AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia ☑

FID 1185617a

United States of America
v.
KAYLA NOELLE SCOTT
*Defendant*

) 
) 
) Case No. 1:25-mj-00200
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KAYLA NOELLE SCOTT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

Defendant failed to appear on 11/18/2025

Date: 11/18/2025

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

HON. MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

### Return

This warrant was received on *(date)* 11/18/2025, and the person was arrested on *(date)* 11/21/2025
at *(city and state)* Washington, DC.

Date: 11/21/2025

*Arresting officer's signature*

Stephen H. Lowe   DUSM
*Printed name and title*