UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 25-mj-200 (MJS) |
| KAYLA NOELLE SCOTT, | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

Defendant Kayla Noelle Scott agrees to plead guilty to Count One of the Information. Count One charges her with simple possession of a controlled substance, in violation of 21 U.S.C. § 844(a).

### I. Elements of the Offense

To convict Scott on Count One, the government would have to prove each of the following elements beyond a reasonable doubt:

1. Scott possessed a detectable amount of a controlled substance, namely, cocaine; and

2. Scott did so knowingly and intentionally.

### II. Penalties

The potential penalties for a conviction on Count One are:

1. a term of imprisonment of 1 year;

2. a fine of at least $1,000 not to exceed $100,000 as well as a fine equal to the reasonable costs of the investigation and prosecution of the offense, unless the court determines that Scott lacks the ability to pay;

3. a term of supervised release of not more than one year; and

4. a special assessment of $25.

1

### III.  Statement of Facts

The parties agree and stipulate to the following facts:

In the evening of September 2, 2025, Defendant Kayla Noelle Scott knowingly and intentionally possessed cocaine, a Schedule II substance.

That evening, law enforcement encountered Scott and arrested her pursuant to an outstanding arrest warrant. Before transporting Scott to a police station for processing, a Metropolitan Police Department officer searched her person. The search uncovered a glass pipe with a detectable amount of cocaine on it.

The above proffer of evidence is not intended to constitute a complete statement of all the facts related to the offense conduct. It is intended only to provide enough information for the Court to find a factual basis for accepting Scott's guilty plea.

Respectfully submitted,

/s/ *Blake J. Ellison*
Blake J. Ellison
Assistant United States Attorney

**DEFENDANT'S ACCEPTANCE**

I have read this statement of offense, and I have discussed it fully with my attorney, Maria Jacob. I fully understand this statement of offense, and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this statement of offense fully.

Date: 11/21/25

Kayla Noelle Scott
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read every page of the government's statement of offense related to my client's guilty plea. I have reviewed the entire statement of offense with my client and have discussed it with her fully. I concur in my client's agreement with and acceptance of this statement of offense.

Date: 11/21/25

Maria Jacob
Attorney for Defendant